KATHLEEN ABEREGG, ESQ., SB#182740
LAW OFFICE OF KATHLEEN ABEREGG
1034 Emerald Bay Road, #226
South Lake Tahoe, CA 96150
Telephone: (415) 370-4924
kaalawoffice@att.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SACK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendants. | CASE NO. 16-CV-05505 -TSH<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Michael Sack for the minor N.S.S., Michael Sack and Jeong Hee Sack, by and through their counsel Kathleen Aberegg, and Defendant United States of America, by and through its counsel, Philip A. Scarborough, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

Dated: July 1, 2019

                WILLIAM BARR
                United States Attorney General
                McGREGOR W. SCOTT
                United States Attorney


                */s/ Philip A. Scarborough*
                     (authorized 7/1/19)
                PHILIP A. SCARBOROUGH
                Special Attorney


                */s/ Kathleen Aberegg*
                KATHLEEN ABEREGG
                Counsel for Plaintiffs

Stipulation of Dismissal

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: July 1st, 2019

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge